# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

DR. JANJOUR, DR. KINCK,
DR. L. WILLIAMS, DR. WILK and
DR. BEDEKAR,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-317-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____  _____
Peter Oppeneer, Clerk of Court           Date

5/9/12